IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| PATSY HUMPHREY | ) | |
| | ) | |
| v. | ) | Civil No. 2:09-0075 |
| | ) | Judge Trauger |
| LOWE'S HOME CENTERS, INC., et al | ) | |

## **O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

ENTER this 13th day of April, 2010.

_____
ALETA A. TRAUGER
U.S. District Judge